**EXHIBIT 1**

**PAYMENTS TO EXPRESS CRANE & RIGGING INCORPORATED by BDC GROUP, INC.**

05.12.23        $9,112.80            ACH Payment, recorded as BDC Group Check #4008